1 | ERNEST K. NIELSEN, ESQ.
  | NEVADA STATE BAR NO. 1937
2 | WASHOE COUNTY SENIOR LAW PROJECT
  | 1155 E Ninth Street
3 | Reno, NV 89512
  | (775) 328-2592
4 | Attorneys for Plaintiff

5 | MIRANDA DU
  | NEVADA STATE BAR NO. 5288
6 | MCDONALD CARANO WILSON LLP
  | 100 West Liberty Street, 10TH Fl.
7 | P O Box 2670
  | Reno, NV 89505-2670
8 | (775) 788-2000
  | Attorneys for Defendants Capital One, N.A. and
9 | Chevy chase Mortgage Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| Robert Michael McCoy, | ) | Case No. 3:09-CV-00658-RCJ-VPC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| B. F. Saul Mortgage Company, Chevy Chase Bank, Chevy Chase Mortgage Company, Capital One, N.A., Blueprint Mortgage Inc., Chris Bodden, Does I through X, | ) | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants, | ) | |

Plaintiff, Robert Michael McCoy, by and through his attorneys Washoe County Senior Law Project and Ernest K. Nielsen, Esq., and Defendants B. F. Saul Mortgage Company, Chevy Chase Bank, Chevy Chase Mortgage Company, and Capital One, N. A., by and through their attorneys of record, Miranda Du and McDonald Carano Wilson LLP, hereby stipulate to

///

///

///

dismiss with prejudice any and all claims in the above-captioned matter, with each party to pay his/its attorney's fees, costs and expenses.

RESPECTFULLY SUBMITTED this 3rd day of January 2012.

WASHOE COUNTY SENIOR LAW PROJECT

By: */s/ Ernest K. Nielsen*
ERNEST K. NIELSEN, ESQ.
1155 E Ninth Street
Reno, NV 89512
Attorneys for Plaintiff

MCDONALD CARANO WILSON LLP

By: */s/ Miranda Du*
MIRANDA DU
100 West Liberty Street, 10TH Fl.
P O Box  2670
Reno, NV  89505-2670
Attorneys for Defendants Capital One, N.A.
and Chevy Chase Mortgage Company

**ORDER**

IT IS SO ORDERED.

DATED: January 3, 2012

_____
UNITED STATES DISTRICT JUDGE

-2-