1  ERNEST K. NIELSEN, ESQ.
   NEVADA STATE BAR NO. 1937
2  WASHOE COUNTY SENIOR LAW PROJECT
   1155 E Ninth Street
3  Reno, NV 89512
   (775) 328-2592
4  Attorneys for Plaintiff

5  MIRANDA DU
   NEVADA STATE BAR NO. 5288
6  MCDONALD CARANO WILSON LLP
   100 West Liberty Street, 10TH Fl.
7  P O Box 2670
   Reno, NV 89505-2670
8  (775) 788-2000
   Attorneys for Defendants Capital One, N.A. and
9  Chevy chase Mortgage Company

10                    UNITED STATES DISTRICT COURT

11                          DISTRICT OF NEVADA

12                                 * * *

13
   Robert Michael McCoy,              )    Case No. 3:09-CV-00658-RCJ-VPC
14                                     )
           Plaintiff,                  )
15                                     )
   vs.                                 )
16                                     )
   B. F. Saul Mortgage Company, Chevy  )    **STIPULATION AND ORDER FOR**
17 Chase Bank, Chevy Chase Mortgage    )    **DISMISSAL WITH PREJUDICE**
   Company, Capital One, N.A., Blueprint )
18 Mortgage Inc., Chris Bodden, Does I )
   through X,                          )
19                                     )
           Defendants,                 )
20                                     )
   _____)
21

22     Plaintiff, Robert Michael McCoy, by and through his attorneys Washoe County Senior
23 Law Project and Ernest K. Nielsen, Esq., and Defendants B. F. Saul Mortgage Company, Chevy
24 Chase Bank, Chevy Chase Mortgage Company, and Capital One, N. A., by and through their
25 attorneys of record, Miranda Du and McDonald Carano Wilson LLP, hereby stipulate to
26 ///
27 ///
28 ///

1  dismiss with prejudice any and all claims in the above-captioned matter, with each party to pay
2  his/its attorney's fees, costs and expenses.
3        RESPECTFULLY SUBMITTED this 3rd day of January 2012.
4
5                  WASHOE COUNTY SENIOR LAW PROJECT
6
7        By: */s/ Ernest K. Nielsen*
          ERNEST K. NIELSEN, ESQ.
8            1155 E Ninth Street
          Reno, NV 89512
9            Attorneys for Plaintiff
10
11                  MCDONALD CARANO WILSON LLP
12
13        By: */s/ Miranda Du*
          MIRANDA DU
14            100 West Liberty Street, 10TH Fl.
          P O Box 2670
15            Reno, NV 89505-2670
          Attorneys for Defendants Capital One, N.A.
16            and Chevy Chase Mortgage Company
17                        **ORDER**
18
19    IT IS SO ORDERED.
20
21    DATED: January 3, 2012
22
23                    _____
                  UNITED STATES DISTRICT JUDGE
24
25
26
27
28